**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Anna N. Ejoh,<br><br>Plaintiff,<br>v.<br><br>Trans Union LLC,<br>Defendant. | **Case No.: 2:26-cv-01566-DJC-JDP**<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION LLC** |

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant Trans Union LLC, and good cause appearing,

IT IS ORDERED that the Stipulation is GRANTED.

The above-entitled matter is hereby dismissed with prejudice as to Defendant Trans Union LLC.

IT IS SO ORDERED.

Dated: October 29, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE